In the Matter of the Application of Nellie L. Zintsmaster, Respondent, for the Appointment of Commissioners to Determine Damages Occasioned

to the Property of the Petitioner by the Change of Grade of West German Street in the Village of Herkimer, Appellant.— Order affirmed, with costs. All concurred.